UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SHELDON LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THORNBURG MORTGAGE HOME LOANS INC., and others,<br><br>　　　　　Defendants. | Case No. 14-cv-00602 NC<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 8, 14, 45, 46 |

Pending before the Court are several motions to dismiss Lee's complaint. In response to Quality's reply in support of its motion to dismiss, Lee filed an objection contending that the Court should disregard Quality's "two dismissals"/res judicata argument because it was raised for the first time on reply and Lee had no opportunity to respond to it. Dkt. No. 42. The Court will permit Lee to file a response to Quality's "two dismissals"/res judicata argument. Such a response is limited to 5 pages and must be filed by June 4, 2014. Additionally, if Lee is represented by counsel in this litigation, her counsel must file a notice of appearance by the same date.

The Court continues the hearing on the motions to dismiss filed by Quality, Dkt. No. 8, by MERS, SPS, and U.S. Bank, Dkt. No. 14, by Bank of America, Dkt. No. 45, and by Thornburg, Dkt. No. 46, from May 28 to June 25, 2014, at 1:00 p.m. in Courtroom A, 15th

Case No. 14-cv-00602 NC
ORDER CONTINUING HEARING

1  Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

2  IT IS SO ORDERED.

3  Date: May 21, 2014

Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00602 NC
ORDER CONTINUING HEARING                    2