1  THOMAS A. WOODS (SB #210050)
   tawoods@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   blhawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  (916) 447-0700
5  Facsimile:  (916) 447-4781

6  Attorneys for Defendant denominated
   "BANK OF AMERICA, N.A., (successor by merger
7  to LaSalle Bank N.A.), as Trustee, on behalf of the
   holders of the Thornburg Mortgage Securities Trust
8  2007-4 Mortgage Loan Pass-Through Certificates,
   Series 2007-4)" and Defendants THORNBURG
9  MORTGAGE HOME LOANS INC.; TMST HOME
   LOANS, INC. FKA THORNBURG MORTGAGE
10 HOME LOANS INC.; SELECT PORTFOLIO
   SERVICING INC.; MORTGAGE ELECTRONIC
11 REGISTRATION SYSTEMS INC., and U.S.
   BANK NATIONAL ASSOCIATION (successor to
12 Bank of America, N.A., successor by merger to
   LaSalle Bank N.A.), as Trustee, on behalf of the
13 holders of the Thornburg Mortgage Securities Trust
   2007-4 Mortgage Loan Pass-Through Certificates,
14 Series 2007-4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHELDON LEE, individual, as, <br><br>    Plaintiff, <br><br> v. <br><br> THORNBURG MORTGAGE HOME LOANS INC; et al., <br><br>    Defendants. | Case No. 3:14-cv-00602-NC <br><br> **JOINT STIPULATION REQUESTING AN ORDER CONTINUING THE JUNE 11, 2014, CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1  PLEASE TAKE NOTICE that:

2  Plaintiff Susan Sheldon Lee, Defendant denominated "BANK OF AMERICA, N.A., (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2007-4 Mortgage Loan Pass-Through Certificates, Series 2007-4)," Defendants Thornburg Mortgage Home Loans, Inc., TMST Home Loans, Inc. fka Thornburg Mortgage Home, Inc., Select Portfolio Servicing, Inc., Mortgage Registration Systems, Inc., and U.S. Bank National Association (successor to Bank of America, N.A., successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2007-4 Mortgage Loan Pass-Through Certificates, Series 2007-4, and Defendant Quality Loan Services Corporation (collectively, the "Parties") respectfully submit this Joint Stipulation Requesting an Order continuing the June 11, 2014, Case Management Conference in this matter. This Stipulation is submitted pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 16-2(d) and (e) and any and all other applicable rules and laws.

The Parties hereby Stipulate and agree as follows:

Whereas, on February 7, 2014, Plaintiff filed this action.

Whereas, on February 7, 2014, the Court entered an Initial Case Management Scheduling Order setting the Case Management Conference in this matter for May 7, 2014.

Whereas, on March 5, 2014, Defendant Quality Loan Services Corp. filed a Motion To Dismiss set for hearing on April 9, 2014.

Whereas, on March 13, 2014, Defendants Mortgage Electronic Registration Systems, Inc., Select Portfolio Servicing, Inc., and US Bank National Association filed a Motion To Dismiss set for hearing on April 23, 2014.

Whereas, on April 4, 2014, the Court entered an Order continuing the Case Management Conference in this matter to June 11, 2014.

Whereas, on April 30, 2014, the Court entered an Order continuing the hearing on Defendants' previously filed Motions To Dismiss to May 28, 2014.

1    Whereas, on May 21, 2014, the Court entered an Order continuing the hearing on Defendants' previously filed Motions To Dismiss to June 25, 2014.

2    Whereas, on May 28, 2014, Michael Yesk, Esq. filed a Notice of Limited Scope Representation stating his limited appearance on Plaintiff's behalf at the June 25 hearing on Defendants' motion.

3    Whereas, in the interest of efficiency the Parties request an Order continuing the June 11, 2014, Case Management Conference in order to continue their deadline to conduct their Rule 26(f) conference (as well as other ADR related dates) to a date after the hearing on Defendants' Motions to Dismiss.

4    Whereas, the Parties agree that such continuance is in the best interest of all Parties, will not result in any prejudice to any Party, and will result in the efficient use of the Parties' and the Court's resources and time.

5    Based on the foregoing, the Parties, by and through their undersigned counsel, stipulate and agree to a request for an Order continuing the June 11, 2014, Case Management Conference to a date after the continued hearing on Defendants' pending Motions To Dismiss. Assuming it is convenient for the Court, the Parties respectfully and specifically request that the Case Management Conference be continued to August 20, 2014.

[signatures on the following pages]

| | |
|---|---|
| 1  Dated: May 28, 2014 | |
| 2 | STOEL RIVES LLP |
| 4 | |
| 5 | By: /s/ Thomas A. Woods |
|   | Thomas A. Woods |
|   | Bryan L. Hawkins |
| 6 | Attorney for Defendant denominated "BANK OF AMERICA, N.A., (successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2007-4 Mortgage Loan Pass-Through Certificates, Series 2007-4)" and Defendants THORNBURG MORTGAGE HOME LOANS INC.; TMST HOME LOANS, INC. FKA THORNBURG MORTGAGE HOME LOANS INC.; SELECT PORTFOLIO SERVICING INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., and U.S. BANK NATIONAL ASSOCIATION (successor to Bank of America, N.A., successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2007-4 Mortgage Loan Pass-Through Certificates, Series 2007-4 |
| 17  Dated: May 28, 2014 | MCCARTHY & HOLTHUS, LLP |
| 19 | By: /s/ Charles E. Bell |
| 20 | Charles E. Bell (as authorized on May 13, 2014) |
| 21 | Attorneys for Defendant QUALITY LOAN SERVICE CORPORATION |
| 23  Dated: May 28, 2014 | SUSAN SHELDON LEE |
| 25 | By: /s/ Susan Sheldon Lee |
| 26 | Susan Sheldon Lee (as authorized on May 28, 2014) |
| 27 | Plaintiff in *pro per* |

1   [~~PROPOSED~~] ORDER

2   Upon review of the file in this matter, including but not limited to the Parties' Joint
3   Stipulation Requesting an Order continuing the June 11, 2014, Case Management Conference,
4   and for good cause appearing, this Court GRANTS the Parties' request. Pursuant to this Order,
5   the June 11, 2014, Case Management Conference is vacated and the conference reset to
6   _____August 20_____, 2014, at 2:00 p.m.

7
8   Dated: __May 29, 2014__



# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of Sacramento and my business address is 500 Capitol Mall, Suite 1600, Sacramento, California 95814.

On May 28, 2014, at Sacramento, California, I served the attached document(s):

JOINT STIPULATION REQUESTING AN ORDER CONTINUING THE JUNE 11, 2014, CASE MANAGEMENT CONFERENCE

on the following parties:

Susan Sheldon Lee
20 Kingsland Place
Oakland, CA 94619

☒ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, California 95814, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine.

☐ **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

☐ **BY EMAIL:** On the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list.

☒ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, California 95814, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☒ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on May 28, 2014, at Sacramento, California.

*/s/ Maria R. Davis*
Maria R. Davis