| | |
|---|---|
| 1 | THOMAS A. WOODS (SB #210050) |
|   | tawoods@stoel.com |
| 2 | BRYAN L. HAWKINS (SBN #238346) |
|   | blhawkins@stoel.com |
| 3 | STOEL RIVES LLP |
|   | 500 Capitol Mall, Suite 1600 |
| 4 | Sacramento, CA  95814 |
|   | Telephone:  (916) 447-0700 |
| 5 | Facsimile:  (916) 447-4781 |
| 6 | Attorneys for Defendant denominated |
|   | "BANK OF AMERICA, N.A., (successor by merger to |
| 7 | LaSalle Bank N.A.), as Trustee, on behalf of the |
|   | holders of the Thornburg Mortgage Securities Trust |
| 8 | 2007-4 Mortgage Loan Pass-Through Certificates, |
|   | Series 2007-4)" and Defendants THORNBURG |
| 9 | MORTGAGE HOME LOANS INC.; TMST HOME |
|   | LOANS, INC. FKA THORNBURG MORTGAGE |
| 10 | HOME LOANS INC.; SELECT PORTFOLIO |
|   | SERVICING INC.; MORTGAGE ELECTRONIC |
| 11 | REGISTRATION SYSTEMS INC., and U.S. BANK |
|   | NATIONAL ASSOCIATION (successor to Bank of |
| 12 | America, N.A., successor by merger to LaSalle Bank |
|   | N.A.), as Trustee, on behalf of the holders of the |
| 13 | Thornburg Mortgage Securities Trust 2007-4 Mortgage |
|   | Loan Pass-Through Certificates, Series 2007-4 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | SUSAN SHELDON LEE, individual, as, | Case No. 3:14-cv-00602-NC |
|    | Plaintiff, | |
| 18 | v. | [~~PROPOSED~~] **ORDER GRANTING** |
|    | THORNBURG MORTGAGE HOME LOANS | ***EX PARTE* APPLICATION FOR** |
| 19 | INC; TMST HOME LOANS, INC. FKA | **AN ORDER CONTINUING THE** |
|    | THORNBURG MORTGAGE HOME LOANS | **CASE MANAGEMENT** |
| 20 | INC; SELECT PORTFOLIO SERVICING INC; | **CONFERENCE AND STAYING** |
|    | MORTGAGE ELECTRONIC REGISTRATION | **DISCOVERY FOR 60 DAYS** |
| 21 | SYSTEMS INC; QUALITY LOAN SERVICES | AS MODIFIED |
|    | CORP.; US BANK NATIONAL ASSOCIATION; | Judge:      Honorable Nathanael |
| 22 | (successor to Bank of America, N.A., successor by | Cousins |
|    | merger to LaSalle Bank N.A.), as Trustee, on behalf | |
| 23 | of the holders of the Thornburg Mortgage Securities | |
|    | Trust 2007-4 Mortgage Loan Pass-Through | |
| 24 | Certificates, Series 2007-4; BANK OF AMERICA, | |
|    | N.A., (successor by merger to LaSalle Bank N.A.), | |
| 25 | as Trustee, on behalf of the holders of the | |
|    | Thornburg Mortgage Securities Trust 2007-4 | |
| 26 | Mortgage Loan Pass-Through Certificates, Series | |
|    | 2007-4); AND DOES individuals 1 to 100; | |
| 27 | Inclusive; and ROES Corporations 1 to 30, | |
|    | Inclusive, | |
| 28 |      Defendants. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION

3:14-CV-00602-NC

76854930.1 0052161-01464

## [PROPOSED] ORDER

The *ex parte* application of Defendants Select Portfolio Servicing Inc., Mortgage Electronic Registration Systems Inc., U.S. Bank National Association (successor to Bank of America, N.A., successor by merger to LaSalle Bank N.A.), as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2007-4 Mortgage Loan Pass-Through Certificates, Series 2007-4 ("Defendants") for an Order Continuing the Initial Case Management Conference ("CMC") and Staying Discovery for 60 Days, until October 20, 2014 having been presented and good cause appearing therefore,

ACCORDINGLY, IT IS HEREBY ORDERED that:

The August 20, 2014, Initial Case Management Conference in this matter is continued to <u>October 1, 2014 at 10:00am</u>. Discovery in this action is stayed until October ~~20, 2014~~ 1, 2014.

DATED: August 11, 2014

_____
Honorable Nathanael C.



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION        -1-        3:14-CV-00602-NC

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

76854930.1 0052161-01464